# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| EDWIN DURLANDY MONTILLA GONZALEZ, | ) ) ) | |
| Movant, | ) ) | |
| v. | ) ) | CR420-129-03 |
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| Respondent. | ) | |

## ORDER

Movant Edwin Durlandy Montilla Gonzalez filed a Motion to Vacate, Set Aside, or Correct his sentence pursuant to 28 U.S.C. § 2255. Doc. 241.  The Motion appears to assert five grounds for relief.  *See id.* at 2-3.  The Court directed him to amend his Motion because it was not submitted on the required form.  *See* doc. 243 (citing, *inter alia*, Rule 2(c), Rules Governing Section 2255 Proceedings).  He complied.  Doc. 246.  The Amended Motion, which incorporates an attached document, asserts eight grounds for relief.  *See* doc. 246 at 4-9, 13-15.  The Court **DIRECTS** the Government to respond within ninety days from the date of this Order.  Rules 4(b), 5(a)-(b), Rules Governing Section 2255 Proceedings.

This Court's Local Rules provide a fourteen-day period to file a reply to the Government's response. *See* S.D. Ga. L. Civ. R. 7.6. To avoid any confusion, however, Movant is specifically **DIRECTED** to file his reply to the Government's answer, motion, or other response no later than fourteen days after the Government files its response. *Cf.* Rule 5(d), Rules Governing Section 2255 Proceedings.

**SO ORDERED,** this 23rd day of October, 2024.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA